IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Kevin Andreal Light,                           ) | |
|                                                ) | |
|     Plaintiff,             ) | |
|                                                ) | |
| vs.                                            ) | Civil Action No. 8:11-1578-TLW-JDA |
|                                                ) | |
| Captain Sharon Middleton, Lt. Luke Lark,       ) | |
|                                                ) | |
|     Defendants.             ) | |

# **ORDER**

On June 29, 2011, the Plaintiff, Kevin Andreal Light ("Plaintiff"), proceeding *pro se*, filed this civil action. (Doc. # 1). The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Jacquelyn D. Austin to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Defendants' motion to dismiss for lack of prosecution be denied in light of Plaintiff's response and indication that he wishes to continue this litigation. (Doc. # 37). Objections were due by March 29, 2012. Defendants have filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate

Judge's Report and Recommendation is **ACCEPTED**. (Doc. # 37).  The Defendants' Motion to Dismiss is **DENIED**.  (Doc. # 26).  The parties shall comply with all additional directives of the Magistrate Judge.

    **IT IS SO ORDERED**.

                                                    ____s/Terry L. Wooten____
                                                    United States District Judge

March 30, 2012
Florence, South Carolina